**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                General Court Number
Clerk                                                                                                         415.522.2000

**December 20, 2011**

**CASE NUMBER:  CV 11-05768 JSC**
**CASE TITLE:  TRACEY N THOMPSON-v-TENDERLOIN POLICE DEPARTMENT**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Richard Seeborg** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RS** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/20/11

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                                                   Clerk


NEW CASE FILE CLERK:

| Copies to: Courtroom Deputies | Special Projects |
| Log Book Noted | Entered in Computer 12/20/11 ha |

CASE SYSTEMS ADMINISTRATOR:
| Copies to:  All Counsel | Transferor CSA |