UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY THOMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>TENDERLOIN POLICE DEPARTMENT,<br><br>    Defendant. | Case No.: 11-cv-05768-YGR<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE** |

On December 21, 2011, the Court issued an Order Denying Without Prejudice Application to Proceed in Forma Pauperis. (Dkt. No. 10.) The Court ordered Plaintiff to pay the filing fee for this action by February 3, 2012, or the Court would dismiss the action without prejudice.

The time has passed for Plaintiff to pay the filing fee. However, Plaintiff still has not paid the fee or sought an extension of time to do so. Accordingly, the action is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

Dated: March 9, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**